```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

CHARLES MICHAEL MEYER,           )
                                 )
        Plaintiff                )
                                 )        No. 3:11-0402
v.                               )        Judge Nixon/Brown
                                 )        **Bench Trial**
SMITH & NEPHEW, INC.,            )
                                 )
        Defendant                )

### O R D E R

A telephone conference was held with the parties in this matter on January 18, 2012. The parties advised that they will be scheduling private mediation in this matter.

The parties discussed with the Magistrate Judge the scheduling of a Rule 30(b)(6) witness, or witnesses of the Defendant, concerning the decision to eliminate the Plaintiff's position and the decision either not to rehire or to eliminate the possibility of a new position. The parties are directed to complete these necessary Rule 30(b)(6) depositions on or before **March 15, 2012**.

The present scheduling order (Docket Entry 11) is amended to provide that all discovery will close by **April 6, 2012**. Dispositive motions will be due **April 27, 2012**. Responses will be due **21 days** thereafter and replies, if any, limited to **five pages**, will be due **seven days** after any response. If dispositive motions are filed early, the response and reply dates are moved up accordingly.

The final pretrial conference and trial dates set by Judge Nixon will remain unchanged.

It is so **ORDERED**.

                                                 /s/ Joe B. Brown
                                               JOE B. BROWN
                                               United States Magistrate Judge