UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHARLES MICHAEL MEYER, | ) | |
| Plaintiff | ) | |
| | ) | No. 3:11-0402 |
| v. | ) | Judge Nixon/Brown |
| | ) | |
| SMITH & NEPHEW, INC., | ) | |
| Defendant | ) | |

**O R D E R**

At the request of counsel a telephone conference has been scheduled for **March 26, 2012, at 11:00 a.m. To participate in the conference call, parties should call 615-695-2851 at the scheduled time.**

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge