IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES MICHAEL MEYER, ) | |
| ) | |
| Plaintiff, ) | No. 3:11-cv-00402 |
| ) | |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Brown |
| SMITH & NEPHEW, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court hereby **CONTINUES** the Pretrial Conference and Trial in the above-captioned case, currently scheduled before this Court on August 10, 2012 and August 21, 2012, respectively. The Court now **SCHEDULES** the Pretrial Conference for August 24, 2012 at 10:00 AM and the Trial for September 5, 2012 at 9:00 AM.

It is so ORDERED.

Entered this __10__ day of August, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT