IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES MICHAEL MEYER, | ) |
| Plaintiff, | ) No. 3:11-cv-00402 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Brown |
| SMITH & NEPHEW, INC., | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Defendant Smith & Nephew, Inc.'s Motion for Leave to File Reply ("Motion"). (Doc. No. 73.) In its Motion, Defendant seeks permission to file a reply in support of its previously-filed Motion to Exclude All Evidence of Monetary Damages (Doc. No. 63). (Doc. No. 73 at 1.) Defendant has filed a proposed Reply with the Court. (Doc. No. 73-1.) The Motion is **GRANTED**; the Court will consider Defendant's Reply when ruling on its Motion to Exclude All Evidence of Monetary Damages.

It is so ORDERED.

Entered this ___10th___ day of August, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT